# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BRYAN D. LOTRIDGE**                                                                 **PLAINTIFF**

v.                                          No. 4:14-cv-102-DPM

**DOW SERVICES, INC. d/b/a Dow Building Services
and DOW ENTERPRISES, INC.
d/b/a Dow Building Services**                                                 **DEFENDANTS**

## ORDER

Motion, № 11, granted. Lotridge's claims against Dow Services, Inc. are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2014