# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

BRYAN D. LOTRIDGE                                              **PLAINTIFF**

v.                                    **No. 4:14-cv-102-DPM**

**DOW SERVICES, INC. d/b/a Dow Building Services
and DOW ENTERPRISES, INC.
d/b/a Dow Building Services**                          **DEFENDANTS**

## JUDGMENT

Lotridge's complaint is dismissed with prejudice.

_____

D.P. Marshall Jr.
United States District Judge

*13 March 2015*